**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 543 MAL 2017
                                               :
             Respondent          :
                                             :   Petition for Allowance of Appeal from
                                           :   the Order of the Superior Court
          v.                       :
                                             :
                                           :
RONALD FRANK,                    :
                                           :
            Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.